## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**LAKELAND NIGHTCLUB COMPANY**
**d/b/a BUCK WILD,**

    **Plaintiff,**

**v.**                                                  **Case No. 8:06-cv-693-T-30EAJ**

**HERMITAGE INSURANCE COMPANY,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

      The Court has been advised by defense counsel Michael D'Lugo that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

      **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Tampa, Florida on March 27, 2007.

                                                                      */s/ James S. Moody, Jr.*
                                                                        JAMES S. MOODY, JR.
                                                                        UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2006\06-cv-693.dismissal.wpd